Brandon Favor LLP/ G60488
Name and Prisoner/Booking Number

Tehachapi
Place of Confinement

24900 End of Highway 202; Post Box 1906
Mailing Address

Tehachapi, California 93581-5906
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON FAVOR LIMITED LIABILITY PRACTICE,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) BLACK LIVES MATTER,
(Full Name of Defendant)
(2) MICHELLE OBAMA,
(3) AMARU RECORDS INCORPORATED,
(4) REBA ANN STEVENS,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:20-cv-01165-DAD-SKO
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ______

2. Institution/city where violation occurred: KERN VALLEY STATE PRISON / DELANO.

## B. DEFENDANTS

1. Name of first Defendant: Black Lives Matter. The first Defendant is employed as: Orchestrated Monument at Non Applicable.
(Position and Title) (Institution)

2. Name of second Defendant: Michelle Obama. The second Defendant is employed as: Vice Participant Administration Clerk at Washington, District of Columbia.
(Position and Title) (Institution)

3. Name of third Defendant: Amaru Records Incorporated. The third Defendant is employed as: Company Distribution Parent Records Company at Santa Monica.
(Position and Title) (Institution)

4. Name of fourth Defendant: Reba Ann Stevens. The fourth Defendant is employed as: Clerk at Guantanamo Bay.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 76. Describe the previous lawsuits:

a. First prior lawsuit:
1. Parties: Favor v. Sean Barrot
2. Court and case number: Unknown.
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending.

b. Second prior lawsuit:
1. Parties: Favor v. Jasmine Scott
2. Court and case number: Unknown.
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending.

c. Third prior lawsuit:
1. Parties: Favor v. Nancy Swatch Pogue
2. Court and case number: Unknown.
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Eighth Amendment - Writ of Prohibition To Exclude Evidence

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☑ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: __________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

There are authorities, to include which most respond to inaccurate business criteria in it's [illegible] [illegible]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Corporal abuse, necessitates, in argument [illegible]

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No

b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☑ No

c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Time constraints previously inadvertently, timely appeal with reference brief in order to obtain external relief, it given necessary precaution to detail current [illegible]

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Due Process-Right by afforded equity opportunist money lender.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [x] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I, am not, without, proper continuity to remend, a State counterpart, to, reluctant disablee functionary device to, reprimand, inequality unexpected, to intertwine, a now function to promote, dispute, in contingency, it, powered to and disposed, [illegible], reluctance, into expert discussion, opinion necessitated, in order, to enact a state [illegible] ball [illegible] terminal review, to, end call, set by, other reluctance, it use, necessary to reinforce, a [illegible] business relation, [illegible] device to remend call, set objective, resonance, to, [illegible] interjection unrefreach, to occur rapidly in contest remission, [illegible], all statistic, to join [illegible] expires, no, calm resemblance, to prefer, a style, of it's, own to, recondition, a legislative [illegible] all [illegible] points, to, support new, kind, by [illegible] legislative gimmick to repeat nonassertive, [illegible] material to contest, agenda [illegible] to, new argument in, reluctance, it, an approach to commend, a necessary approach, by which [illegible], a [illegible], to, dwell, well upon, such may be vicious enough, to, carry belonging, elsewhere, to [illegible] unison to, reach, [illegible] unevenly [illegible], it not, [illegible] inverse, passed to reluctant [illegible], carrier, to [illegible], a mechanism it so prepared [illegible], for it not meet, again to decide, whatever, at necessary to include, state, legislature, to reaffirm, citizens report, to, [illegible] all complaints, necessary to confine, a state, affair, if given time to decide, what clarity decides, it, control is necessary to prove, opposite it, necessary carried an [illegible], with, caution to prevent, all necessary affair, from occurring to say it, not, all may be, entitled, to reproduce, necessary cause, in order to, disrupt contentious, based from, opening irregularly to, say, set must require, new ons.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I, have not, yet reconfirmed any against, to state, place, recognition to decide, in order to, figure out who, may acquire, set restriction to figure, out who, may not, be entitled, to relief, it any relief may be so, used, to remembrance, it could necessary to respond in prison, to deliver a problem.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

b. Did you submit a request for administrative relief on Claim III? [x] Yes [ ] No

c. Did you appeal your request for relief on Claim III to the highest level? [x] Yes [ ] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff request damages, with leave, in the amount of three hundred seventy-seven billion dollars ($377,000,000.00) with [illegible] in court [illegible] citing People v. Brandon Alexander Taylor BA285765-01, to [illegible], prejudice, it notwithstanding to [illegible] claim issuance, discovery to proceed, necessary [illegible] contingency to discover [illegible] available, with [illegible] to counterclaim [illegible] if allowed [illegible] to regulate [illegible] contentious claim grievance to form [illegible] plaintiff [illegible] warrant where damages, or personal injury [illegible] not prevent filing claim seeking relief, plaintiff seeks medical damages, not limiting seeking five trillion dollars in monetary payment ($5,000,000,000,000.00) declared.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2020
DATE

[signature]
SIGNATURE OF PLAINTIFF

Brandon Favor LLP Incorporated - Legal Assistant
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)
Jackie Lacy, Brandon Favor LLP.
210 West Temple Street
Los Angeles, California 90012-3210
(213) 974-7460
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.