# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR, | Case No.  1:20-cv-01165-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |
| v. | |
| BLACK LIVES MATTER, et. al, | |
| Defendants. | |

Plaintiff Brandon Alexander Favor ("Plaintiff") is proceeding pro se in this action. Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 20, 2020**              /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE