Brandon Favor LLP.
Post Box 1906
24900 Cross Highway 202
Tehachapi, California 93561-5906
In Propia-Persona

FILED

Sep 23, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FAVOR,

    Plaintiff,

      v.

BLACK LIVES MATTER, et al.

    Defendants.

Case No. 1:20-cv-01165-DAD-SKO

STATE RELIEF

United States Magistrate Judge
Sheila K. Oberto

To the appellate clerk and designated representative, plaintiff, with this, matter seeks retribution to expunge criminal affairs by matter selecting non-representative acquaintance, in measuring non statistic, paramount, to display inherited affairs, by or with meaning, otherwise desk, representation on with state, retribution to term case projection in with, company attempt processing, stuent human affairs, pleading discretion on chief magistrate service, operates with, coming before, statistic revenue, to assign case, parental remit in with, unattended, regulate, to propose, cast initiative, to expunge all

other prospects in, deliberate, to foresee, State habitual, pattern no time, waiver, required unless prevented, seeking seventy, days (70), to prepare, brief, in attempt contest unallowed, projecting student, affairs, to promote, prevention, as necessary, to cause "in with State, of emergency, with attribute, as possibly, go, to relate, digital consensus as, taken, appropriately assured, to counter, resemblance, as attached necessary to refute, argument, in discussion today, as modest circumvention exclude's, testimony, as opposed in suggestion accept content repeated for review, to uphold, State legislation in, honor, by with, standards afforded, to be, exact reason cause, in existence where, item noticed, without vacancy to be, relieved in part, to refurnish statistic, outcome none, the less, attend strategy, greatest, consideration in abolish, while, consideration, goes, under, effect, to refinish State exoneration, to be, completed as charged, to prevent nonconsensus discretion, in reply debate, unfurnished, by State legislature, in, accompany thereby reprimanded, to existence, so forth.

Respectfully Submitted,

u.c.

BRANDON FAVOR U.P.

Dated: September 24, 2020

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FAVOR,

               Plaintiff,

     v.

BLACK LIVES MATTER, et. al,

               Defendants.

Case No.  1:20-cv-01165-DAD-SKO

**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER**

Plaintiff Brandon Alexander Favor ("Plaintiff") is proceeding pro se in this action.  Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   __August 20, 2020__                 /s/ *Sheila K. Oberto*

                                   UNITED STATES MAGISTRATE JUDGE

'Name: Brandon Favor UP

CDC No: 660478

Address: 24900 Encos of Highway 202 Pst Box 1906

Tehachapi, California 93581-5906

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FAVOR,

        Plaintiff/Petitioner,

v.

BLACK LIVES MATTER, et al,

        Defendants/Respondent.

CASE NUMBER: 1:20-cv-01165-DAD-SKO

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Brandon Favor UP _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1.     Are you currently incarcerated?    ✓ Yes  __ No  (If "no" DO NOT USE THIS FORM)

    State the place of your incarceration. Tehachapi

2.     Are you currently employed (includes prison employment)?    ✓ Yes    __ No

    a.     If the answer is "yes" state the amount of your pay. $4,739,28

3.     Have you received any money from the following sources over the last twelve months?

    a.     Business, profession, or other self-employment:    ✓ Yes    __ No
    b.     Rent payments, interest or dividends:    ✓ Yes    __ No
    c.     Pensions, annuities or life insurance payments:   __ Yes    ✓ No
    d.     Disability or workers compensation payments:    ✓ Yes    __ No
    e.     Re Gifts or inheritances:    ✓ Yes    __ No
    f.     Any other sources:    ✓ Yes    __ No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

a. Unavailable-No Data
b. Interest-$500,000.00
c. Unspecified-Insurance
d. Unavailable-Funds
f. Exempt-Impossible

4. Do you have cash (includes balance of checking or savings accounts)?   ✓ Yes ___ No

If "yes" state the total amount: $27,389,279.87

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ✓ Yes ___ No

If "yes" describe the property and state its value: Unavailable-No Data

6. Do you have any other assets?   ✓ Yes ___ No

If "yes," list the asset(s) and state the value of each asset listed: Unavailable-No Data

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
Hiraero E. Wilson-Cousin $13,278,935.47, Brennan Micheal Stevens-Cousin $2378, $15,658,247,689.34, Michelle Stevens-Aunt $500,000.00, Effie Mae Torey-Grandmothe $782765,347,624.56.

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

August 27, 2020
DATE

_LLP._
SIGNATURE OF APPLICANT

Applicant's CDCR Number (Mandatory for CDCR Applicants): D60486

### _CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY_

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

**· Orders on Motions**
5:20-cv-00555-DNH-TWD Favor
v. World Trade Center et al

PRO SE

### U.S. District Court

Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.3 (Revision 1.3.6)]

### Notice of Electronic Filing

The following transaction was entered on 8/20/2020 at 11:49 AM EDT and filed on 8/20/2020
**Case Name:**      Favor v. World Trade Center et al
**Case Number:**    5:20-cv-00555-DNH-TWD
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
TEXT ORDER: The Court has reviewed Dkt. No. [10] entitled motion to reduce informal payment and once again construes Plaintiff's letter as a renewed motion to proceed in forma pauperis. However, the Court once again cannot decipher the grounds for Plaintiff's motion as it is illegible and plaintiff has failed to follow the Court's directives as set forth in Dkt. No. [9]. Therefore, the Court denies Plaintiff's motion without prejudice and will grant plaintiff one final opportunity to renew. Any future filing should be submitted by 9/18/2020 and it MUST be double spaced in clearly written letters so the Court can properly consider its substance. Any further failure of plaintiff to file a legible motion as directed herein to proceed in forma pauperis or pay the $400.00 filing fee as directed in Dkt. No. 7 by 9/18/2020 will result in an administrative closure of this case, or dismissal of this action for failure to prosecute and/or failure to follow Court orders and directives. Additionally, the Court reviewed Dkt. No. [11] entitled motion to exclude evidence with time referral which is also illegible and therefore is denied without prejudice. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 8/20/2020. (copy of this text order served on pro se party via regular mail.) (sg )

5:20-cv-00555-DNH-TWD Notice has been electronically mailed to:

5:20-cv-00555-DNH-TWD Notice has been delivered by other means to:

Brandon Favor
G60488
California Correctional Institution
Faciliy B, Bldg 4
PO Box 1906
Tehachapi, CA 93581

# PROOF OF SERVICE

I declare that I am a resident of or employed in the County of _Kern_
State of _California_. I am over the age of 18 years. The name and address of my
residence or business is _24900 End of Highway 202 Post Box 1906 Tehachapi, California 93581-5906_

On _September 17, 2020_, I served the _CORPUS STATE RELIEF_
  (Date)                                     (Description of document(s))

_____
(Description of document(s) continued)

on the parties listed below (include name, address and, where applicable, fax number) by (check
the applicable method or methods):

_✓_ placing a true copy thereof enclosed in a sealed envelope for collection and delivery
by the United States Postal Service or private delivery service following ordinary business
practices with postage or other costs prepaid;

___ personal delivery;

___ facsimile transmission in accordance with the requirements of PERB Regulations
32090 and 32135(d).

(Include here the name, address and, where applicable, fax number of the Respondent and any other parties served)
New York State Department - United States District Court Eastern District of New York - Long Island
Courthouse - 100 Federal Plaza Central Islip, New York 11722
State of Nebraska, Lincoln Division, Robert V. Denney Federal Building - 593 Federal Building
100 Centennial Mall North Lincoln, Nebraska 68508
Attorney General 312 North Spring Street Los Angeles, California 90012-4793
New York State Department External Affairs 5301 West 116th Street Suite 600 A New York, New York 10032
Los Angeles County - State Attorney General 1100 South Commonwealth Avenue Los Angeles, California 90001
Kamala D. Harris 231 Beach Street Suite 3225 San Francisco, California 94104
District of Nevada 100 South Virginia Street Room 301 Reno, Nevada 89501
Brandon Favor LLP. Post Box 1906 Tehachapi, California 93581-1906
Los Angeles Police Department 200 North Spring Street 14th Floor Los Angeles, California 90012
New York Supreme Court 111 Centre Street New York, New York 10007
United States District Court Eastern District 2500 Tulare Street #1501 Fresno, California 93721
Nadie Lacy - Brandon Favor LLP. Brandon Alexander Favor Propia Persona 86106636 320 West Temple Street Los Angeles, CA 90017

I declare under penalty of perjury that the foregoing is true and correct and that this
declaration was executed on _September 17, 2020_, at _Tehachapi_, _California_.
                              (Date)                    (City)              (State)

_Brandon Favor LLP._
(Type or print name)                                         (Signature)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

BRANDON FAVOR,

v.                                      CASE NUMBER: 5:20-CV-555

WORLD TRADE CENTER et al

### Order Directing Administrative Closure
### With Opportunity to Comply With Filing Fee Requirements

Plaintiff's complaint was received for filing in the Northern District of New York on May 18, 2020.

A civil action is commenced in federal district court by filing a complaint. Fed. R. Civ. P. 3. The statutory filing fee must be paid at the time an action is commenced unless the plaintiff seeks IFP status. 28 U.S.C. §§ 1914(a), 1915(a).

Here, plaintiff has neither submitted an IFP application nor paid the filing fee for this action. If plaintiff wishes to proceed in this action, he must, within 30 days of the filing date of this Order, either (1) file a complete IFP application, including an inmate authorization form[1]; or (2) pay the full filing fee of $400.00.

A "complete IFP application" is one that, *inter alia*, is accompanied by "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). In accordance with Rule 5.4 of the Local Rules of Practice for the Northern.

---

[1] Pursuant to Rule 5.4(b) of the Local Rules of Practice for the Northern District of New York, prisoners requesting IFP status must file, along with their completed IFP application, a signed inmate authorization form. N.D.N.Y. L.R. 5.4(b)(1)(B).

District of New York, a prisoner seeking IFP status in a civil action may satisfy the statutory requirements by submitting a completed and signed IFP application. N.D.N.Y. L.R. 5.4(b)(1)(A). A "certified" IFP application is one on which the certificate portion at the bottom of the form has been completed and signed by an appropriate official at the plaintiff's facility. The certificate portion of the application requests information regarding funds and/or securities held on account to the inmate's credit over the preceding six months. Accordingly, inmates requesting IFP status may either submit a completed, signed, and certified IFP application as provided in the Court's Local Rules, or they may submit certified copies of their account statements for the six-month period immediately preceding the filing of a complaint as set forth in 28 U.S.C. § 1915(a)(2).[2]

WHEREFORE, it is hereby

ORDERED that, because this action was not properly commenced, the Clerk is directed to administratively close this action;[3] and it is further

ORDERED that, if plaintiff desires to pursue this action, he must, **within 30 days** of the filing date of this Order, either (1) pay the $400.00 filing fee in full; or (2) submit a

---

[2] Upon compliance with the filing fee requirements, the Court must also consider the plaintiff's request to proceed IFP in light of the "three strikes" provision of 28 U.S.C. § 1915(g) and, if appropriate, review the complaint in accordance with 28 U.S.C. § 1915(e) and/or 28 U.S.C. § 1915A.

[3] If this case is reopened as set forth herein, the timeliness of the complaint will be determined with reference to the filing date thereof. *See McDowell v. Del. State Police*, 88 F.3d 188, 191 (3d Cir. 1996) (deeming complaint to have been constructively filed upon receipt even though the filing fee requirements had not yet been complied with); *cf. Jordan v. United States*, 694 F.2d 833, 837 (D.C. Cir. 1982) (noting that when a Rule 60(b) motion is granted, "the complaint should be reinstated as of the date it was originally filed"); *Akobardiya v. Princess Cruise Lines, Ltd.*, No. 11-CV-2921, 2012 WL 3746218, at *2 (E.D.N.Y. Aug. 27, 2012) (granting the plaintiff's Rule 60(b) motion where statute of limitations had since expired and claims would be untimely if action was refiled); *see also Dory v. Ryan*, 999 F.2d 679, 682 (2d Cir.1993) (concluding that a pro se prisoner's complaint is deemed filed on the date that he delivered it to prison officials for transmittal to the court).

# LOS ANGELES POLICE DEPARTMENT



**ERIC GARCETTI**
Mayor

**MICHEL R. MOORE**
Chief of Police

P. O. Box 30158
Los Angeles, CA  90030
Telephone:  (213) 847-3615
TDD: (877) 275-5273
Ref #: 14.4

July 6, 2020

Mr. Brandon Favor-El, CDC#660408
Facility B, Building 4, Bed 102
P.O. Box 1906
Tehachapi, CA  93581

Dear Mr. Favor-El::

CPRA CASE NUMBER: NR20-4110

We have reviewed your request regarding discovery.

Your request was made under the California Public Records Act (the Act). The Department is cognizant of its responsibilities under the Act. It recognizes the statutory scheme was enacted to maximize citizen access to the workings of government and does not mandate disclosure of all documents within the government's possession. Rather, by specific exemption and reference to other statutes, the Act recognizes that there are boundaries where the public's right to access must be balanced against such weighty considerations as the right of privacy, a right of constitutional dimension under California Constitution, Article 1, Section 1. The law also exempts from disclosure, records that are privileged or confidential, or otherwise exempt under either express provisions of the Act or pursuant to applicable federal or state law, per California Government Code Sections 6254(b); 6254(c); 6254(f); 6254(k); and 6255.

In accordance with the California Government Code, Section 6254(f), records of investigations conducted by, or investigatory files compiled by, any local police agency for law enforcement purposes are exempt from disclosure. To the extent that records were located, they are either investigatory records themselves or properly part of an investigative file. Therefore, we are denying your request. The requested records may be available in response to a subpoena or court order.

To the extent that you are seeking records that you believe you are entitled to as a criminal defendant, but which are exempt from disclosure to the public under the Act, we would direct you to request such information from the prosecution pursuant to the procedures described in Penal Code Section 1054 et seq.  Pursuant to state law, these procedures constitute the exclusive means by which to obtain discovery in a criminal case.  The Department will cooperate with both the prosecutor and the court with respect to any proper request for pretrial criminal discovery.

**AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER**
www.LAPDOnline.org
www.joinLAPD.com