1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>Plaintiff,<br><br>v.<br><br>BLACK LIVES MATTER, *et al.*,<br><br>Defendants. | No. 1:20-cv-01165-DAD-SKO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE<br><br>(Doc. No. 9) |

Plaintiff Brandon Alexander Favor is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 15, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(a) and (g) and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. No. 4.) On November 23, 2020, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the $400.00 filing fee within fourteen (14) days. (Doc. No. 9.) In that order, plaintiff was also warned that if he failed to pay the filing fee within the specified time, the action would be dismissed. (*Id*. at 3.)

On December 9, 2020, plaintiff filed a "declaration," but that declaration does not appear to address his failure to pay the filing fee. (Doc. No. 10.) To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 14, 2020**          /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE

2